■ DAWN M. HOGAN et al., Respondents, v W. KANE WEEKS, for the Benefit of ANN S. WEEKS, et al., Appellants. (Appeal No. 1.)—Order unanimously affirmed with costs. Memorandum: The question raised by this proceeding is whether the interest of petitioners, who purchased real property pursuant to a land contract, had priority over the interests of subsequent judgment creditors of the contractual vendor. In granting partial summary judgment to petitioners, Supreme Court answered the question in the affirmative. We affirm.

(Appeal No. 2.)—Order unanimously affirmed without costs. Memorandum: Supreme Court's determination of the balance due under the subject land contract is fully supported by the uncontroverted evidence. (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.